# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:   CK Liquidation Corporation

Chapter 7
Bankruptcy Case 03−44906
Judge Henry J. Boroff

## CLERK'S CERTIFICATION FOR TRANSMITTAL
## OF RECORD ON APPEAL

# 05-40062 NMG

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **CK Liquidation Corporation 03−44906** .

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 11th DAY OF APRIL .

Date:4/11/05



James M. Lynch
Clerk, U.S. Bankruptcy Court


By the Court,

<u>Yingmay Steele</u>

Deputy Clerk
(508) 770− 8963

---

Receipt of the documents in the above−entitled case as described in the Designation of Record is hereby acknowledged this _11th_ day of _April_ , _2005_ .

This case has been assigned No._05-40062_ .

_____
DEPUTY CLERK

**05-40062NMG**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:   CK Liquidation Corporation

Chapter
03–44906
Judge Henry J. Boroff

---

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **MARCH 10, 2005** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

> 1. Notice of Appeal, or
> 2. Entry of an Order granting leave to appeal, or
> 3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty–five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date:3/10/05

James M. Lynch
Clerk, U.S. Bankruptcy Court


By the Court,

Yingmay Steele
Deputy Clerk
(508) 770– 8963

05-40062 *NMG*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

```
                                )
In re:                          )
                                )
CK LIQUIDATION CORPORATION,     )
                                )
                                )        Chapter 7
                      Debtor    )        Case No. 03-44906-HJB
                                )
```

### UNITED STATES TRUSTEE'S
### NOTICE OF APPEAL TO
### THE UNITED STATES DISTRICT COURT
### (WITH CERTIFICATE OF SERVICE)

Pursuant to 28 U.S.C. § 158(a) and (b), 11 U.S.C. § 307 and Fed. R. Bankr. P. 8001, the United States Trustee appeals to the United States District Court for the District of Massachusetts the bankruptcy court's final order dated September 7, 2004 and docketed on September 15, 2004 ("September 7, 2004 Order") (Docket # 336), approving the final fee application of Ropes & Gray, LLP as counsel to the debtor in the above case, as well as the Court's final order dated February 28, 2005 ("February 28, 2005 Order") (Docket #s 473 and 474), denying the United States Trustee's motion to alter or to amend the September 7, 2004 Order under Fed. R. Bankr. P. 9023.

The names of all parties to the September 7, 2004 and February 28, 2005 Orders and the names, addresses and telephone numbers of their respective attorneys are listed below.

/

(488)
3/10/05

1

Respectfully submitted,

PHOEBE MORSE

United States Trustee

By:    /s/ Eric K. Bradford
       Eric K. Bradford BBO#560231
       United States Department of Justice
       Thomas P. O'Neill Jr. Federal Bldg.
       10 Causeway Street, Room 1184
       Boston, MA 02222
       (617) 788-0415

Dated: March 10, 2005.

## CERTIFICATE OF SERVICE

I certify that on March 10, 2005, true and correct copies of the foregoing notice of appeal were served by United States mail, First Class postage pre-paid, upon the individuals listed below and by ECF upon all persons having filed notices of appearance in the Court's ECF database

PHOEBE MORSE

United States Trustee

By:    /s/ Eric K. Bradford
       Eric K. Bradford BBO#560231
       United States Department of Justice
       Thomas P. O'Neill Jr. Federal Bldg.
       10 Causeway Street, Room 1184
       Boston, MA 02222
       (617) 788-0415

Dated: March 10, 2005.

/

2

## PARTIES TO APPEAL AND THEIR RESPECTIVE COUNSEL

CK Liquidation Corporation
33 Boston Post Road West
Suite 120
Marlboro, MA 01752
Tax id: 04-3079696
(Debtor )
*dba*
Baystate Technologies, Inc.
*fka*
Cadkey Corporation

James M. Wilton, Esq.
Stephen Moeller-Sally, Esq.
Erin T. Fontana, Esq.
Ropes and Gray LLP
One International Place
Boston, MA 02110-2624
617-951-7000
Fax : 617-951-7050
Email: jwilton@ropesgray.com
(Counsel to CK Liquidation Corp.)

John A. Burdick, Esq.
340 Main Street
Worcester, MA 01608
508-752-4633
(Chapter 7 Trustee)

Charles Azano, Esq.
Richard E. Mikels, Esq.
Mintz, Levin,Cohn, Ferris, Glovsky
and Popeo, P.C.
1 Financial Center
Boston, MA  02111
617-542-6000
Email: cazano@mintz.com
(Counsel to Chapter 7 Trustee)

John F. Ward, Esq.
Bromberg & Sunstein, LLP
125 Summer Street
Boston, MA 02110
(Chair,      Official      Committee      Of
Unsecured Creditors)

Michael J. Goldberg, Esq.
Sherin & Logden, LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000
Email: mjgoldbe@sherin.com
(Counsel to the Official Committee of
Unsecured Creditors)

3

# United States Bankruptcy Court
## District of Massachusetts

|  |  |
|---|---|
| In re:<br><br>CK Liquidation Corporation<br>(f/k/a/ CADKEY Corporation),<br><br>       Debtor | Chapter 7<br>Case No. 03-44906-HJB |

## ORDER

For the reasons set forth in this Court's Memorandum of Decision of even date, the "United States Trustee's Motion to Reconsider Order Allowing Final Application for Compensation and Reimbursement of Expenses of Ropes & Gray LLP as Counsel to the Debtor" is DENIED.

DATED:    February 28, 2005

_____
Henry J. Boroff
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** CK Liquidation Corporation            **Case Number:** 03-44906 , ·            **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
#299 APPLICATION (Final) of Ropes & Gray, LLP for Compensation and Expenses as Counsel to Debtor
James M. Wilton, Esq.

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advise ment: Brief(s) due_____From_____

                          Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

__✔__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


THE APPLICATION IS ALLOWED IN THE AMOUNT REQUESTED.


IT IS SO NOTED:                          IT IS SO ORDERED:

                                         _Henry John Boroff_____ Dated: 09/07/2004

_____                _____
Courtroom Deputy                         Henry J. Boroff, U.S. Bankruptcy Judge

# 05-40062

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>CK LIQUIDATION CORPORATION,<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 03-44906-HJB |

**UNITED STATES TRUSTEE'S
ELECTION TO HAVE APPEAL HEARD
BY THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WITH CERTIFICATE OF SERVICE)**

The United States Trustee elects to have the appeal from the bankruptcy court's order dated September 7, 2004 and docketed on September 15, 2004 ("September 7, 2004 Order") (Docket # 336), approving the final fee application of Ropes & Gray, LLP as counsel to the debtor in the above case, as well as the Court's February 28, 2005 order (Docket #s 473 and 474), denying the United States Trustee's motion to alter or to amend the September 7, 2004 Order under Fed. R. Bankr. P. 9023, heard by the United States District Court for the District of Massachusetts.

Respectfully submitted,

PHOEBE MORSE

United States Trustee

By:    /s/ Eric K. Bradford
Eric K. Bradford BBO#560231
United States Department of Justice
Thomas P. O'Neill Jr. Federal Bldg.
10 Causeway Street, Room 1184
Boston, MA 02222
(617) 788-0415

Dated: March 10, 2005.

1

## CERTIFICATE OF SERVICE

I certify that on March 10, 2005, true and correct copies of the foregoing election were served by United States mail, First Class postage pre-paid, upon the individuals listed below and by ECF upon all persons having filed notices of appearance in the Court's ECF database

PHOEBE MORSE

United States Trustee

By:    /s/ Eric K. Bradford
       Eric K. Bradford BBO#560231
       United States Department of Justice
       Thomas P. O'Neill Jr. Federal Bldg.
       10 Causeway Street, Room 1184
       Boston, MA 02222
       (617) 788-0415

Dated: March 10, 2005.

/

2

## PARTIES TO APPEAL AND THEIR RESPECTIVE COUNSEL

CK Liquidation Corporation
33 Boston Post Road West
Suite 120
Marlboro, MA 01752
Tax id: 04-3079696
(Debtor )
*dba*
Baystate Technologies, Inc.
*fka*
Cadkey Corporation

James M. Wilton, Esq.
Stephen Moeller-Sally, Esq.
Erin T. Fontana, Esq.
Ropes and Gray LLP
One International Place
Boston, MA 02110-2624
617-951-7000
Fax : 617-951-7050
Email: jwilton@ropesgray.com
(Counsel to CK Liquidation Corp.)

John A. Burdick, Esq.
340 Main Street
Worcester, MA 01608
508-752-4633
(Chapter 7 Trustee)

Charles Azano, Esq.
Richard E. Mikels, Esq.
Mintz, Levin,Cohn, Ferris, Glovsky
and Popeo, P.C.
1 Financial Center
Boston, MA 02111
617-542-6000
Email: cazano@mintz.com
(Counsel to Chapter 7 Trustee)

John F. Ward, Esq.
Bromberg & Sunstein, LLP
125 Summer Street
Boston, MA 02110
(Chair,    Official    Committee    Of
Unsecured Creditors)

Michael J. Goldberg, Esq.
Sherin & Logden, LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000
Email: mjgoldbe@sherin.com
(Counsel to the Official Committee of
Unsecured Creditors)

3

# 05-40062

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>CK LIQUIDATION CORPORATION,<br><br>                        Debtor | Chapter 7<br>Case No. 03-44906-HJB |

**UNITED STATES TRUSTEE'S
DESIGNATION OF CONTENTS FOR INCLUSION
IN RECORD ON APPEAL AND STATEMENT
OF ISSUE ON APPEAL
(WITH CERTIFICATE OF SERVICE)**

Pursuant to 28 U.S.C. § 158(a), 11 U.S.C. § 307 and Fed. R. Bankr. P. 8006, the United States Trustee, appellant, files this designation of contents for inclusion in the record on appeal and statement of issue on appeal.

**DESIGNATION OF CONTENTS FOR INCLUSION
IN RECORD ON APPEAL**

The following shall be included in the record on appeal:

| DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 08/22/2003 | 1 | Chapter 11 voluntary Petition |
| 08/22/2003 | 3 | Debtor's application to retain Ropes & Gray as Debtor's chapter 11 counsel |
| 08/22/2003 | 4 | Affidavit of James M. Wilton supporting Ropes & Gray employment application |
| 08/29/2003 | 25 | Motion for order authorizing and approving bidding procedures and break-up fee and selling substantially all assets |



1

| | | |
|---|---|---|
| 09/08/2003 | 42 | Disclosure of compensation of Debtor's counsel under Rule 2016 |
| 09/09/2003 | 46 | Order granting Debtor's application to retain Ropes & Gray as chapter 11 counsel |
| 09/09/2003 | 297 | Transcript of September 9, 2003 hearing on Debtor's motion to retain Ropes & Gray as chapter 11 counsel |
| 09/12/2003 | 55 | Order approving bidding procedures and break-up fee |
| 11/06/2003 | 121 | Order authorizing sale of substantially all Debtor's assets |
| 12/01/2003 | 178 | Order enforcing terms of sale order |
| 12/05/2003 | 190 | First interim application for compensation and reimbursement of expenses of Ropes & Gray LLP as chapter 11 counsel to the Debtor |
| 12/05/2003 | 191 | Exhibit C to first interim application |
| 12/05/2003 | 192 | Exhibit C continued |
| 12/05/2003 | 193 | Exhibit D |
| 12/29/2003 | 226 | Order allowing Ropes & Gray's first interim fee application |
| 12/29/2003 | 286 | Transcript of hearing held on 12/29/2003 re: Ropes & Gray's first interim fee application |
| 02/02/2004 | 238 | Motion to amend case caption |
| 02/02/2003 | 239 | Debtor's motion to convert case to chapter 7 |
| 03/04/2004 | 256 | Order granting motion to convert case to chapter 7 |
| 03/04/2004 | 257 | Order to update |
| 03/05/2004 | 259 | Certificate of appointment and acceptance of trustee and fixing of bond |

2

| | | |
|---|---|---|
| 03/05/2004 | 261 | Application to employ John A. Burdick as counsel to the chapter 7 trustee |
| 03/17/2004 | 263 | Notice of filing schedule of post-petition creditors |
| 03/19/2004 | 266 | Endorsed order granting motion to employ trustee has his own counsel |
| 03/19/2004 | 267 | Chapter 7 trustee's application to employ Sherin and Lodgen LLP as special counsel |
| 04/20/2004 | 295 | Order granting motion to amend case caption |
| 06/23/2004 | 299 | Final application of Ropes & Gray for compensation and reimbursement of expenses |
| 06/23/04 | 300 | Exhibit C to final application |
| 06/23/2004 | 301 | Exhibit D to final application |
| 08/17/2004 | 318 | Order granting chapter 7 trustee's application to retain Sherin & Lodgen as special counsel |
| 09/07/2004 | 336 | Order granting Ropes & Gray's final fee application (Entered 09/15/2004) |
| 09/07/2004 | [ ] | Transcript of September 7, 2004 hearing on Ropes & Gray's final application for compensation and reimbursement of expenses **ORDERED** |
| 09/27/2004 | 344 | United States Trustee's motion to reconsider order granting Ropes & Gray's final fee application |
| 10/05/2004 | 345 | Objection by Ropes & Gray to United States Trustee's motion for reconsideration |
| 12/03/2004 | 400 | Transcript of 11/23/2004 motion of United States Trustee to reconsider order granting Ropes & Gray's final fee application |
| 01/14/2005 | 416 | Application to retain Mintz, Levin, Cohn, Ferris, Glovsky and Popeo as special counsel to the chapter 7 trustee |

| | | |
|---|---|---|
| 02/17/2005 | 462 | Order granting chapter 7 trustee's application to retain Mintz, Levin as special counsel |
| 02/28/2005 | 473 | Memorandum of decision denying United States Trustee's motion for reconsideration |
| 02/28/2005 | 474 | Order denying United States Trustee's motion for reconsideration |
| 03/10/2005 | 488 | United States Trustee' notice of appeal of Court's 02/28/2005 order denying motion for reconsideration |
| 03/10/2005 | 489 | United States Trustee's election of appeal to the United States District Court |
| | | Case docket through 03/21/2005 |

## STATEMENT OF ISSUE ON APPEAL

Whether it was error for Ropes & Gray to receive compensation for work it performed after the debtor's chapter 11 case converted to chapter 7.


Respectfully submitted,

PHOEBE MORSE

United States Trustee

By:     /s/ Eric K. Bradford
         Eric K. Bradford BBO#560231
         United States Department of Justice
         Thomas P. O'Neill Jr. Federal Bldg.
         10 Causeway Street, Room 1184
         Boston, MA 02222
         (617) 788-0415

Dated: March 21, 2005.

4

## CERTIFICATE OF SERVICE

I certify that on March 21, 2005, I served the foregoing pleading by United States mail, First Class postage pre-paid, upon the individuals listed below and by ECF upon all persons having filed notices of appearance in the Court's ECF database.

PHOEBE MORSE

United States Trustee

By:    /s/ Eric K. Bradford
       Eric K. Bradford BBO#560231
       United States Department of Justice
       Thomas P. O'Neill Jr. Federal Bldg.
       10 Causeway Street, Room 1184
       Boston, MA 02222
       (617) 788-0415

Dated: March 21, 2005.

5

## PARTIES TO APPEAL AND THEIR RESPECTIVE COUNSEL

CK Liquidation Corporation
33 Boston Post Road West
Suite 120
Marlboro, MA 01752
Tax id: 04-3079696
(Debtor )
*dba*
Baystate Technologies, Inc.
*fka*
Cadkey Corporation

James M. Wilton, Esq.
Stephen Moeller-Sally, Esq.
Erin T. Fontana, Esq.
Ropes and Gray LLP
One International Place
Boston, MA 02110-2624
617-951-7000
Fax : 617-951-7050
Email: jwilton@ropesgray.com
(Counsel to CK Liquidation Corp.)

John A. Burdick, Esq.
340 Main Street
Worcester, MA 01608
508-752-4633
(Chapter 7 Trustee)

Charles Azano, Esq.
Richard E. Mikels, Esq.
Mintz, Levin,Cohn, Ferris, Glovsky
and Popeo, P.C.
1 Financial Center
Boston, MA  02111
617-542-6000
Email: cazano@mintz.com
(Counsel to Chapter 7 Trustee)

John F. Ward, Esq.
Bromberg & Sunstein, LLP
125 Summer Street
Boston, MA 02110
(Chair,    Official    Committee    Of
Unsecured Creditors)

Michael J. Goldberg, Esq.
Sherin & Logden, LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000
Email: mjgoldbe@sherin.com
(Counsel to the Official Committee of
Unsecured Creditors)

6