UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: _CK Liquidation Corp_    BANKRUPTCY APPEAL

CIVIL ACTION NO. _05-40062-NMG_

ORDER

_Gorton_ D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on _4/11/05_,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before _4/28/05_ and the Appellee's brief shall be filed on or before _5/13/05_. The Appellant may file and serve a reply brief on or before _5/23/05_.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

_4/13/05_
Date

By the Court,

_Elaine Flaherty_
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                            [bro.]