**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
CK Liquidation Corporation,

                Debtor,

Phoebe Morse
United States Trustee,

                Appellant,

      V.

Ropes & Gray, LLP,

                Appellee.

**CIVIL ACTION**

**NO.   05-40062**

**ORDER OF DISMISSAL**
**March 27, 2006**

Gorton, D. J.

    In accordance with the Court's Memorandum and Order dated   March 27, 2006   reversing  the Bankruptcy Court's order allowing R&G's final application   in the above-entitled action, it is hereby ORDERED:

    This Bankruptcy Appeal is dismissed.

/s/ Craig J. Nicewicz
**Deputy Clerk**

/s/ Nathaniel M. Gorton
**United States District JudgE**